# Order

**Michigan Supreme Court**
**Lansing, Michigan**

March 21, 2018

156426

Stephen J. Markman,
Chief Justice

Brian K. Zahra
Bridget M. McCormack
David F. Viviano
Richard H. Bernstein
Kurtis T. Wilder
Elizabeth T. Clement,
Justices

DRAGO MIHAJLOVSKI, JADRANKA
MIHAJLOVSKI, and ZIVE MIHAJLOVSKI,
      Plaintiffs-Appellees,

v

BIRACH BROADCASTING CORPORATION
and SIMA BIRACH,
      Defendants-Appellants,
and

BIRACH HOLDINGS CORPORATION, SIMA
BIRACH, JR., and SIMA BIRACH, JR., TRUST,
      Defendants.

SC: 156426
COA: 331284
Oakland CC: 2014-140471-CK

_____/

      On order of the Court, the application for leave to appeal the June 20, 2017 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

March 21, 2018



Clerk

t0314